# Court of Appeals
# of the State of Georgia

ATLANTA,  December 31, 2024

*The Court of Appeals hereby passes the following order:*

**A25E0058. ROYAL et al v. CF THE OFFICE OWNER, LLC/ALTITUDE APARTMENTS.**

Appellant's emergency motion to stay the trial court's writ of possession is hereby DENIED. See Court of Appeals Rule 40(b).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/31/2024*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*